# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>WILLIE PARIS WILLIAMS,<br>    Defendant. | Case No.: 20-CR-3764-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING DATE TO:<br>**May 28, 2021 at 1:30 p.m.** |

IT IS HEREBY ORDERED that the joint motion to continue Defendant Willie Williams' Motion Hearing Trial Setting date in the above-entitled criminal matter from April 23, 2021 to **May 28, 2021 at 1:30 p.m.** is GRANTED.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, IT IS FURTHER ORDERED that time be excluded in the interim under the Speedy Trial Act in the interests of justice and under 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated:  April 21, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge