AO 248 (Rev. 08/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 20CR3764-JLS |
| v. | ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) |
| WILLIE PARIS WILLIAMS | (COMPASSIONATE RELEASE) |

Upon motion of the defendant for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A) (ECF No. 55), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS HEREBY ORDERED that the motion is DENIED after complete review of the motion on the merits.

FACTORS CONSIDERED:

The Court finds that Defendant has failed to establish an extraordinary and compelling basis for relief under Section 3582(c)(1)(A)(i). Defendant contends that compassionate release is warranted because of the conditions of his confinement at FCI Sheridan during the COVID-19 pandemic. Defendant presents no circumstance unique to him, but rather describes the generalized condition of the institution and hardships faced by all inmates during the pandemic. While the Court does not necessarily dispute these hardships and certainly does not doubt that incarceration during this time was particularly difficult, courts have recognized that "general conditions that affect inmates indiscriminately throughout the prison are insufficient to support an individual defendant's claim for compassionate release." *United States v. Samal*, No. CR18-0214JLR, 2023

WL 2579887, at *3–4 (W.D. Wash. Mar. 16, 2023), quoting *United States v. Bolden*, No. CR16-0320RSM, 2020 WL 4286820, at *7 (W.D. Wash. July 27, 2020).  See also, *United States v. Sandoval*, No. 3:11-CR-00455-HZ, 2023 WL 6255679 (D. Or. Sept. 26, 2023) (Boilerplate form raising general arguments about the risk of COVID-19 and the conditions of confinement at FCI Sheridan during the lockdown held insufficient to justify compassionate release).

Accordingly, Defendant's Motion to Reduce Sentence under 18 U.S.C. § 3582(c)(1)(A)(i) is DENIED.

IT IS SO ORDERED.

Dated:  November 3, 2023

Hon. Janis L. Sammartino
United States District Judge